**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AIM GROUP, LLC, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **Civil Action No. 1:26-cv-12129** |
| **v.** | ) |
| | ) |
| **BTL INDUSTRIES, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Marian A. Kornilowicz of Cohen Seglias Pallas Greenhall & Furman, PC as counsel on behalf of Plaintiffs AIM Group LLC d/b/a Reve Body Sculpting and Amy Louise Stone in the above-captioned matter.

Dated:  May 13, 2026                    COHEN SEGLIAS PALLAS
                                        GREENHALL & FURMAN, PC


                                        _/s/ Marian A. Kornilowicz_
                                        Marian A. Kornilowicz, Esquire (BBO #277680)
                                        1600 Market Street, 32nd Floor
                                        Philadelphia, PA 19103
                                        Phone: 215-564-1700
                                        Fax:  215-564-3066
                                        mak@cohenseglias.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, I caused a true and correct copy of the foregoing document to be filed and served via the Court's electronic case filing system to all counsel of record.

/s/ Marian A. Kornilowicz