**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AIM GROUP, LLC d/b/a REVE BODY
SCULPTING, and AMY LOUISE STONE,

                                  Case No. 1:26-cv-12129-AK

        Plaintiffs,

vs.

BTL INDUSTRIES, INC.,

        Defendant.

_____/

**JOINT STATUS REPORT FOLLOWING MAY 18, 2026 STATUS CONFERENCE**

Plaintiffs AIM Group, LLC d/b/a Reve Body Sculpting and Amy Louise Stone (collectively, "Plaintiffs"), and Defendant BTL Industries, Inc. (hereinafter, "Defendant") (collectively referred to as the "Parties"), submit this Joint Status Report pursuant to the Court's instructions at the May 18, 2026 Status Conference:

1. This case came before the Court on May 18, 2026, upon the Court's request for a status conference (the "Status Conference").

2. At the Status Conference, the Parties agreed that the Plaintiffs should amend the Complaint to remove the claims and defendants that have been transferred to different jurisdictions.

3. The Court instructed the Parties to confer and to submit this Joint Status Report outlining the deadlines for the filing of an Amended Complaint and the filing of a Response to the Amended Complaint by Friday, May 22, 2026.

4. As such, the Parties have conferred and have agreed to the following deadlines:

    a. Plaintiffs shall file an Amended Complaint within 20 days of the Court approving and adopting the deadlines herein.

    b.    Defendant shall file a Response to the Amended Complaint within 21 days after the date of filing of the Amended Complaint.

5.    In addition, at the Status Conference, the Court was advised that there are several other cases with similar causes of action pending before other Judges in the District of Massachusetts, with different Plaintiffs but against the same Defendant, and the Court requested that the Parties provide the Case Style, Case Number and Assigned Judge herein. As such, the following cases are also pending in the District of Massachusetts:

    a.   *Mark Breiner, DDS, LLC, et al. v. BTL Industries, Inc.*, Case No. 24-cv-12413-FDS, Judge F. Dennis Saylor, IV;

    b.   *Advanced Medical Group of Central Florida , LLC, et al. v. BTL Industries, Inc., et al.*, Case No. 25-cv-14016-JEK, Judge Julia E. Kobick; and

    c.   *Ellman Aesthetics, LLC v. BTL Industries, Inc., et al.*, Case No. 26-cv-12084-LTS, Judge Leo T. Sorkin.

WHEREFORE, the Parties jointly request that the Court enter an Order approving and adopting the deadlines stated herein for the filing of an Amended Complaint and the filing of a Response to the Amended Complaint, and granting any and all other relief the Court deems just and proper.

Date: <u>May 22, 2026</u>

**Respectfully submitted,**

/s/ *Ariane Wolinsky, Esq.*
ARIANE WOLINSKY, ESQ.
Florida Bar No.: 51719 (*PHV pending*)
MANSFIELD BRONSTEIN & STONE, LLP
*Attorneys for Plaintiffs*
200 E. Broward Blvd., Suite 1250
Fort Lauderdale, FL 33301
Phone: 954-601-5600
Fax: 954-961-4756
litigation@mblawpa.com

-and-

COHEN SEGLIAS PALLAS GREENHALL
& FURMAN, P.C.
*Attorneys for Plaintiff*

*/s/ Marian A. Kornilowicz, Esq.*
Marian A. Kornilowicz, Esq. (BBO# 277680)
525 William Penn Place, Suite 3005
Pittsburgh, PA  15219
Phone: 412-434-5530
mak@cohenseglias.com

-and-

BARNES & THORNBURG LLP
*Counsel for Defendant BTL Industries, Inc.*

*/s/  Heather B. Repicky, Esq.*
Heather B. Repicky, Esq. (BBO# 663347)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Phone: 617-316-5310
hrepicky@btlaw.com

Molly Flynn, Esq. (*PHV* forthcoming)
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Phone: 445-201-8910
molly.flynn@btlaw.com

Alejandra Reichard, Esq. (*PHV* forthcoming)
11 S. Meridian Street
Indianapolis, IN 46204
Phone: 317-236-1313
alejandra.reichard@btlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 22, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

Marian A. Kornilowicz (BBO# 277680)

4