**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AIM GROUP, LLC d/b/a REVE BODY SCULPTING and AMY LOUISE STONE, <br><br> Plaintiffs, <br><br> v. <br><br> BTL INDUSTRIES, INC., <br><br> Defendant. | Civil Action No. 1:26-cv-12129-AK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.5.2, notice is hereby given that Joy Boyd Longnecker of Barnes & Thornburg LLP withdraws her appearance on behalf of BTL Industries, Inc. ("BTL Industries") in this matter. Ms. Repicky has entered an appearance on behalf of BTL Industries and a motion for *pro hac vice* admission of Molly Flynn and Alejandra Reichard, also of Barnes & Thornburg LLP, to appear on behalf of BTL Industries is forthcoming. Pursuant to Local Rule 83.5.2(c), there is currently no motion pending in this case, neither a trial date nor an evidentiary hearing has been set, and no report is due.

Dated: June 12, 2026

BTL INDUSTRIES, INC.,

By its attorneys,

/s/ Heather B. Repicky
Heather B. Repicky (BBO# 663347)
hrepicky@btlaw.com
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
(617) 316-5310
hrepicky@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as defined in the Notice of Electronic Filing (NEF).

/s/ Heather B. Repicky
Heather B. Repicky