**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AIM GROUP, LLC d/b/a REVE BODY SCULPTING and AMY LOUISE STONE,<br><br>Plaintiffs,<br><br>v.<br><br>BTL INDUSTRIES, INC. and MEGHAN AUSTIN,<br><br>Defendants. | Civil Action No. 1:26-cv-12129-AK |

**DEFENDANT BTL INDUSTRIES, INC.'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant BTL Industries, Inc. ("BTL Industries") moves for extension of time to respond to the Amended Complaint and, in support, states as follows:

1. On June 11, 2026, Plaintiffs filed their Amended Complaint. *See* Dkt. 84.

2. Pursuant to the parties' agreed schedule as adopted by the Court, BTL Industries' current deadline to file its responsive pleading is July 2, 2026. *See* Dkt. 83.

3. BTL Industries requires additional time to assess the allegations in Plaintiffs' Amended Complaint and prepare its responsive pleading.

4. On June 29, 2026, BTL Industries' counsel conferred with Plaintiffs' counsel, Nicollette Levi, who indicated that Plaintiffs agree to a 21-day extension of time for BTL Industries to prepare its responsive pleading, making BTL Industries' responsive pleading due July 23, 2026.

5. This Motion is brought in good faith and not for purposes of delay. The relief requested herein is supported by good cause and will not prejudice the Court or the parties. No party will be unduly prejudiced or harmed by the granting of this Motion and no deadlines will be

affected.

WHEREFORE, Defendant BTL Industries. respectfully requests that the Court grant this Motion and extend the deadline for BTL Industries to respond to the Amended Complaint to and including July 23, 2026 .

Dated: July 1, 2026

Respectfully submitted,

*/s/Alejandra Reichard*
**BARNES & THORNBURG LLP**

Alejandra Reichard (admitted *pro hac vice*)
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
alejandra.reichard@btlaw.com

Molly E. Flynn (admitted *pro hac vice*)
1717 Arch Street, Suite 4900
Philadelphia, PA 19103-2825
Tel: (445) 201-8910
Molly.Flynn@btlaw.com

Heather B. Repicky (BBO # 663347)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com

*Counsel for Defendant BTL Industries, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that on June 29, 2026, the undersigned conferred with counsel for Plaintiffs, Nicollette Levi, who advised that Plaintiffs agree to a 21-day extension of time for Defendant BTL Industries, Inc. to file its responsive pleading
*/s/ Alejandra Reichard*
Alejandra Reichard

2

## CERTIFICATE OF SERVICE

I certify that, on July 1, 2026, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Alejandra Reichard
Alejandra Reichard

3