# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIM GROUP, LLC d/b/a REVE BODY SCULPTING and AMY LOUISE STONE, <br><br> Plaintiffs, <br><br> v. <br><br> BTL INDUSTRIES, INC. and MEGHAN AUSTIN, <br><br> Defendants. | Civil Action No. 1:26-cv-12129-AK |

## DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant BTL Industries, Inc. respectfully moves this Court to dismiss with prejudice Plaintiffs' Amended Complaint. For all the reasons set forth in the accompanying memorandum of law, BTL respectfully requests the Court dismiss the claims in Plaintiffs' Amended Complaint with prejudice and for all other just and proper relief.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), BTL respectfully requests that the Court schedule a hearing on this motion as soon as the Court's calendar permits.

Dated: July 23, 2026

Respectfully submitted,

*/s/Alejandra Reichard*
**BARNES & THORNBURG LLP**

Alejandra Reichard (admitted *pro hac vice*)
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313

alejandra.reichard@btlaw.com

Molly E. Flynn (admitted *pro hac vice*)
1717 Arch Street, Suite 4900
Philadelphia, PA 19103-2825
Tel: (445) 201-8910
Molly.Flynn@btlaw.com

Heather B. Repicky (BBO # 663347)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com

*Counsel for Defendant BTL Industries, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that on July 23, 2026 BTL conferred with counsel for the Plaintiffs regarding the instant Motion to Dismiss Plaintiffs' Amended Complaint through electronic mail. The parties do not agree on the resolution of the motion or agree to narrow the issues.

Dated: July 23, 2026                    s/ *Alejandra Reichard*
                                        Alejandra Reichard