**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AIM GROUP, LLC d/b/a REVE BODY SCULPTING and AMY LOUISE STONE,<br><br>Plaintiffs,<br><br>v.<br><br>BTL INDUSTRIES, INC. and MEGHAN AUSTIN,<br><br>Defendants. | Civil Action No. 1:26-cv-12129-AK |

**DEFENDANT BTL INDUSTRIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant BTL Industries, Inc. ("BTL") respectfully requests leave to file the reply memorandum attached hereto as **Exhibit A** in support of its Motion to Dismiss (Dkt. 91) and Memorandum of Law in Support of BTL's Motion to Dismiss (Dkt. 92).

BTL seeks to file a reply brief for good cause, to (1) address new legal theories presented by Plaintiffs in their Opposition; (2) address and distinguish the cases cited by Plaintiffs; and (3) address Plaintiffs' unsupported legal arguments. A reply brief will further serve the interests of judicial economy in assisting the Court in deciding BTL's motion.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Alejandra Reichard*
**BARNES & THORNBURG LLP**

Alejandra Reichard (admitted *pro hac vice*)
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
alejandra.reichard@btlaw.com

Molly E. Flynn (admitted *pro hac vice*)
1717 Arch Street, Suite 4900
Philadelphia, PA 19103-2825

Tel: (445) 201-8910
Molly.Flynn@btlaw.com

Heather B. Repicky (BBO # 663347)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com

*Counsel for Defendant BTL Industries, Inc.*

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that I contacted Plaintiffs' counsel to request their assent to this motion. Plaintiffs' counsel indicated that they do not oppose the relief sought.

*/s/ Alejandra Reichard*
Alejandra Reichard