**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AIM GROUP, LLC d/b/a REVE BODY SCULPTING and AMY LOUISE STONE,<br><br>Plaintiffs,<br><br>v.<br><br>BTL INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-12129-AK |

## NOTICE OF APPEARANCE

Please enter the appearance of Alison C. Casey of the law firm of Barnes & Thornburg LLP, One Marina Park Drive, Suite 1530, Boston, Massachusetts as counsel for Defendant BTL Industries, Inc.

Dated: October 7, 2026

BTL INDUSTRIES, INC.,

By its attorney,

/s/ *Alison C. Casey*

Alison C. Casey (BBO# 688253)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
(617) 316-5325
acasey@btlaw.com