**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**AIM GROUP, LLC d/b/a REVE BODY SCULPTING, and AMY LOUISE STONE,**

**Plaintiffs,**

**Case No. 1:26-cv-12129-AK**

**vs.**

**BTL INDUSTRIES, INC.,**

**Defendant.**
**_________________________________________/**

**MOTION FOR *PRO HAC VICE* ADMISSION OF BEATRIZ TIEMI SUZUKI**

COMES NOW, Marian A. Kornilowicz ("Movant"), respectfully moves for admission *pro hac vice* of Beatriz Tiemi Suzuki as counsel of Plaintiffs in the above-captioned proceeding. In support of this motion, Movant states as follows:

1. Movant is an active member in good standing admitted to the United States District Court for the District of Massachusetts.

2. Beatriz Tiemi Suzuki is a member of the bar in good standing in every jurisdiction where she is admitted to practice, specifically the Florida and New York Bars.

3. Beatriz Tiemi Suzuki has no disciplinary proceedings pending against her.

4. Beatriz Tiemi Suzuki is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

5. The following is the full address and phone number of Beatriz Tiemi Suzuki:

Mansfield, Bronstein & Stone, LLP
200 E. Broward Blvd., Suite 1250
Fort Lauderdale, FL 33301
Tel: 954-601-5600

6. The required filing fee has been paid simultaneously with the filing of this motion.

WHEREFORE, Movant respectfully requests that Beatriz Tiemi Suzuki be admitted *pro hac vice* to appear on behalf of and act as counsel for Plaintiffs in the above-captioned proceeding. Dated this 22nd day of October 2026.

Respectfully submitted,

*/s/ Marian A. Kornilowicz*
Marian A. Kornilowicz (BBO# 277680)
COHEN, SEGLIAS PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market St., 32nd Floor
Philadelphia, PA 19103
Tel.: 215-564-1700
Fax: 512-564-3066
mak@cohenseglias.com

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel of record for the Plaintiffs and Defendants was contacted regarding the subject matter of this motion and that no opposition was received.

*/s/ Marian A. Kornilowicz*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ Marian A. Kornilowicz*