**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**AIM GROUP, LLC d/b/a REVE BODY SCULPTING, and AMY LOUISE STONE,**

**Plaintiffs,**

**vs.**

**BTL INDUSTRIES, INC.,**

**Defendant.**
**________________________________________/**

**Case No. 1:26-cv-12129-AK**

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF BEATRIZ TIEMI SUZUKI**

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Admission of Beatriz Tiemi Suzuki ("Motion") submitted by Movant, Marian A. Kornilowicz, Esq., and the Court being fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

1. The Motion is **GRANTED**.

2. Beatriz Tiemi Suzuki is approved for the purposes of appearing as counsel for Plaintiffs in the above-styled action.

**DONE** and **ORDERED** in Chambers at Boston, Massachusetts on ________________, 2026.

___________________________
DISTRICT COURT JUDGE