**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**AIM GROUP, LLC d/b/a REVE BODY SCULPTING, and AMY LOUISE STONE,**

**Plaintiffs,**

**Case No. 1:26-cv-12129-AK**

**vs.**

**BTL INDUSTRIES, INC.,**

**Defendant.**
__________________________________________/

## UPDATED RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel of record for the Defendant was contacted regarding the subject matter of this motion and has confirmed their lack of opposition to same. The motion was inadvertently filed before Defendant's counsel had an opportunity to provide their position; however, Defendant's counsel has since confirmed in writing that they do not oppose the motion and has consented to the filing of this updated certification.

Dated this 22nd day of October 2026.

Respectfully submitted,

*/s/ Marian A. Kornilowicz*
Marian A. Kornilowicz (BBO# 277680)
COHEN, SEGLIAS PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market St., 32nd Floor
Philadelphia, PA 19103
Tel.: 215-564-1700
mak@cohenseglias.com

## CERTIFICATE OF SERVICE

I certify that on October 22, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ Marian A. Kornilowicz*