**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AIM GROUP, LLC d/b/a REVE BODY SCULPTING, and AMY LOUISE STONE,

Plaintiffs,

Case No. 1:26-cv-12129-AK

v.

BTL INDUSTRIES, INC.,

Defendant.
_______________________________________/

**JOINT NOTICE OF FILING AGREED PROPOSED SCHEDULING ORDER**

Plaintiffs AIM Group, LLC d/b/a Reve Body Sculpting and Amy Louise Stone (collectively, "Plaintiffs"), and Defendant BTL Industries, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 16(b) and 26(f), Local Rule 16.1, and the Court's Standing Order Regarding the Court's Scheduling Practices and Sample Scheduling Order (ECF No. 100) (the "Standing Order"), hereby jointly give notice of filing their agreed Proposed Scheduling Order, attached hereto as **Exhibit A**, and state as follows:

2. On October 16, 2026, the Court entered the Standing Order, which directs counsel to review Local Rule 16.1, to consult and jointly recommend a proposed pretrial schedule in the form of the Court's Sample Scheduling Order, and to indicate whether they consent to trial by magistrate judge. ECF No. 100 § A. A scheduling conference is set for November 2, 2026.

4. On October 26, 2026, counsel for the Parties conferred by email and telephone regarding a proposed pretrial schedule pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b). The Parties have agreed to each of the deadlines set forth in the Proposed Scheduling Order, and there are no disputed items for the Court's resolution.

6. Pursuant to Local Rule 16.1(b)(3) and the Standing Order, the Parties state that they do not consent to trial by magistrate judge.

WHEREFORE, the Parties jointly and respectfully request that the Court adopt and enter the agreed Proposed Scheduling Order attached hereto as Exhibit A, and grant such other and further relief as the Court deems just and proper.

Dated: October 26, 2026.

Respectfully submitted,

*/s/ Beatriz T. Suzuki*
Beatriz T. Suzuki

MANSFIELD BRONSTEIN & STONE, LLP
Beatriz Tiemi Suzuki, Esq. (admitted pro hac vice)
Florida Bar No.: 1048809
David Stone, Esq. (admitted pro hac vice)
Florida Bar No.: 400432
200 E. Broward Blvd., Suite 1250
Fort Lauderdale, FL 33301
Tel.: 954-601-5600
litigation@mblawpa.com

*Counsel for Plaintiffs*

*/s/ Alejandra Reichard*
Alejandra Reichard (admitted pro hac vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel.: (317) 236-1313
alejandra.reichard@btlaw.com

*Counsel for Defendant BTL Industries, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on

the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ Beatriz T. Suzuki*
Beatriz T. Suzuki

# EXHIBIT A

Proposed Scheduling Order

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AIM GROUP, LLC d/b/a REVE BODY SCULPTING, and AMY LOUISE STONE,

Plaintiffs,

Case No. 1:26-cv-12129-AK

v.

BTL INDUSTRIES, INC.,

Defendant.
_______________________________________/

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

A. Initial Disclosures: Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **January 12, 2027**.

B. Amendments to Pleadings: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **February 9, 2027**.

C. Fact Discovery – Interim Deadlines:

1. Written discovery (requests for production of documents, interrogatories, and requests for admissions) shall be served no later than **October 8, 2027**.

2. All depositions, other than expert depositions, must be completed by **January 31, 2028**.

D. Fact Discovery – Final Deadline: All discovery, other than expert discovery, must be completed by **January 31, 2028**.

E. Status Conference: The Court will schedule a status conference at or near the close of fact discovery for case management purposes. Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

F. Expert Discovery:

1. Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **February 25, 2028**.

2. Plaintiffs' trial experts must be deposed by **March 31, 2028**.

3. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **April 30, 2028**.

4. Defendant's trial experts must be deposed by **May 31, 2028**.

G. Dispositive Motions:

1. Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by **July 14, 2028**.

2. Oppositions to dispositive motions must be filed within 21 days of service of the motion.

3. Reply memoranda, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

4. Sur-Reply memoranda are not permitted.

H. Trial by Magistrate Judge: The parties do not consent to trial by magistrate judge at this time.

**SO ORDERED.**

Dated: ________________________

/s/ _________________________________
Hon. Angel Kelley
United States District Judge